IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOE P. OWENS**                                                                      **PLAINTIFF**

**v.**                                 **Case No. 4:23-cv-00964-LPR**

**UNITED STATES OF AMERICA**                                  **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) judgment is entered in favor of the United States for the claims Mr. Owens brought concerning his May 17, 2023 cystoscopy and his treatment after the initial procedure was terminated; and (2) any and all other claims Mr. Owens was trying to bring are dismissed as barred by the United States' sovereign immunity.

IT IS SO ADJUDGED this 30th day of April 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE